SY-JO LUNCHEONETTE, INC., et al., Appellants, *v.* MARSAV DISTRIBUTORS, INC., et al., Defendants, and JOE RAYMOND, et al., Respondents.

Argued October 6, 1952; decided October 16, 1952.

748

*Hyman Frank* for appellants.

*Charles Gottlieb* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.